## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No.: MJ-19-300-BMJ** |
| | ) | |
| | ) | **Violation No.: 7933329** |
| **ADRIAN M. CASTEEL,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 22, 2019, in the Western District of Oklahoma, within the special maritime and territorial jurisdiction of the United States, specifically, that is land occupied by Tinker Air Force Base, the defendant, **ADRIAN M. CASTEEL**, did knowingly and intentionally drive a motor vehicle on any public roads, streets highways, turnpikes or other public place of this state when the defendant's privilege to do so was canceled, denied, suspended or revoked, in violation of Title 18, United States Code, Sections 7 and 13, and Title 47, Oklahoma Statute, Section 6-303(B).

ROBERT J. TROESTER
Acting United States Attorney

s/ Daniel E. Rogers
DANIEL E. ROGERS
Special Assistant United States Attorney
4385 S. Air Depot Blvd
Tinker AFB, OK 73145-9002
(405) 739-8611
Daniel.rogers.15@us.af.mil